**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1074**

———————

YVETTE COLE,

        Plaintiff - Appellant,

    v.

GRACE B. BENNETT, Magistrate Judge, Hampton County; HAMPTON
COUNTY; STATE OF SOUTH CAROLINA,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Solomom Blatt, Jr., Senior District
Judge.  (9:07-cv-03748-SB)

———————

Submitted:  March 27, 2008        Decided:  April 4, 2008

———————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Yvette Cole, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvette Cole appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cole v. Bennett, No. 9:07-cv-03748-SB (D.S.C. Dec. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED